**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DONALD R. CROMER,** | : | |
| **Plaintiff** | : | |
| | : | No. 1:13-cv-02630 |
| **v.** | : | |
| | : | (Judge Kane) |
| **CAROLYN W. COLVIN** | : | |
| **COMMISSIONER** | : | |
| **OF SOCIAL SECURITY** | : | |
| **Defendant** | : | |

<u>**ORDER**</u>

**AND NOW**, on this 30th day of September 2014, **IT IS HEREBY ORDERED THAT**:

1.    The Clerk of Court shall enter judgment in favor of Plaintiff Donald R. Cromer and against the Defendant Commissioner of Social Security.

2.    Plaintiff's complaint is **REMANDED** to the Commissioner of Social Security for further proceedings consistent with this order and accompanying memorandum; and

3.    The Clerk of Court is directed to close the case.


<u>S/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania